**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**CHINNA DUNIGAN**                                                                                    **PLAINTIFF**

**V.**                                                                          **NO. 4:19-CV-33-DMB-JMV**

**MISSISSIPPI VALLEY STATE**
**UNIVERSITY; RENARDO HALL**
**(individual capacity)**                                                                          **DEFENDANTS**

**ORDER**

On October 26, 2020, the defendants filed a "Notice of Service of Offer Judgment" which states that they served an offer of judgment on the plaintiff pursuant to Federal Rule of Civil Procedure 68. Doc. #170. The next day, the plaintiff filed a "Notice of Acceptance of Offer of Judgment and Motion for Entry of Judgment on Terms Described Herein." Doc. #171. In light of the plaintiff's acceptance of the defendants' offer of judgment, all pending motions [98][100][102][114][125][126][127][128][129][130][131][149] are **DENIED as moot**.

**SO ORDERED**, this 27th day of October, 2020.

/s/Debra M. Brown
**UNITED STATES DISTRICT JUDGE**