#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE NORTHERN DISTRICT OF MISSISSIPPI
#### GREENVILLE DIVISION

**CHINNA DUNIGAN**                                                                                   **PLAINTIFF**

**V.**                                                                                                    **NO. 4:19-CV-33-DMB-JMV**

**MISSISSIPPI VALLEY STATE**
**UNIVERSITY; RENARDO HALL**
**(individual capacity)**                                                                          **DEFENDANTS**

### **JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 68, the "Notice of Service of Offer Judgment" (Doc. #170), "Notice of Acceptance of Offer of Judgment and Motion for Entry of Judgment on Terms Described Herein" (Doc. #171), and the Court's Orders (Doc. #172, 173), the Clerk of Court enters this Judgment of $20,000.00 in the Plaintiff's favor against the Defendants in this case.

It is SO ORDERED, on this 27th day of October, 2020.

                                                                                          /s/ David Crews
                                                                                          CLERK OF COURT